944

No. 631, Misc. LIZARRAGA v. UNDERWOOD ET AL. C. A. 5th Cir. Certiorari denied. *W. Edward Morgan* for petitioner. *Solicitor General Griswold* for respondents.

No. 633, Misc. CAMACHO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *John P. Frank* and *John J. Flynn* for petitioner. *Solicitor General Griswold* for the United States.

No. 639, Misc. McEVERS v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 653, Misc. ARRINGTON v. MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied. *James R. Willis* for petitioner. *Paul W. Brown,* Attorney General of Ohio, and *Leo J. Conway* and *Stephen M. Miller,* Assistant Attorneys General, for respondent.

No. 659, Misc. McFADDEN v. DIRECTOR, DEPARTMENT OF PUBLIC SAFETY, SPRINGFIELD, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 681, Misc. NUS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, and *Lonny F. Zwiener* and *Hawthorne Phillips,* Assistant Attorneys General, for respondent.

No. 733, Misc. SIMONS v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 743, Misc. DICKERSON v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.